UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| MEMBERS HERITAGE CREDIT UNION, INC. ) | Case No.: 5:21-cv-00207-CHB |
| ) | |
| PLAINTIFF ) | |
| ) | |
| vs. ) | |
| ) | |
| NEW YORK MARINE & GENERAL ) | |
| INSURANCE COMPANY, PROSIGHT ) | |
| SPECIALTY MANAGEMENT CO., INC., ) | |
| AND PROSIGHT SPECIALITY INSURANCE ) | |
| COMPANY ) | |
| ) | |
| DEFENDANTS ) | |

**PLAINTIFF'S RULE 7.1 DISCLOSURES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Plaintiff, Members Heritage Credit Union, Inc., states that it is a state chartered credit union in the Commonwealth of Kentucky, there is no parent corporation and no publicly held corporation owns 10% or more of its stock. Members Heritage Credit Union, Inc. is owned by its 47,000+ members and by last count, 31 of its members/owners are residents of New Jersey.

Respectfully Submitted,

REINHARDT & ASSOCIATES, PLC

s/R. Craig Reinhardt
R. CRAIG REINHARDT
449 Lewis Hargett Circle, Suite 210
Lexington, KY 40503
(859)277-7100
creinhardt@reinhardtlaw.com
ATTORNEY FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

  I hereby certify that on August 16, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system. I further certify that I mailed the foregoing documents and the notice of electronic filing by first class mail, to the following non-CM/ECF participants:

| | |
|---|---|
| Gene F. Zipperle, Jr., Esq. | Joseph A. Nilan, Esq. |
| Ward, Hocker & Thornton, PLLC | Jacob T. Merkel, Esq. |
| 9300 Shelbyville Road, Suite 700 | 100 Washington Avenue South, Suite 1550 |
| Louisville, KY 40222 | Minneapolis, MN 55401 |
| ATTORNEY FOR DEFENDANTS | ATTORNEY FOR DEFENDANTS |

                s/R. Craig Reinhardt
                ATTORNEY FOR PLAINTIFF

H:\CRAIG\MHCU-NY Marine\Pleadings\Federal\!SHELL.docx