UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| MEMBERS HERITAGE CREDIT UNION, | ) ) ) | Civil Action No. 5:21-CV-207-CHB |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER DENYING LEAVE TO APPEAR *PRO HAC VICE*** |
| NEW YORK MARINE & GENERAL INSURANCE COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Motion for *Pro Hac Vice* Admission filed by Defendants New York Marine & General Insurance Company, Prosight Specialty Insurance Company, Prosight Specialty Management Co., Inc., [R. 6; R. 7]. A Motion for Admission *Pro Hac Vice* is deficient if it does not comply with the requirements of Local Rule 83.2(a). The Court, having reviewed the Motion as required by Local Rule 83.2(a), having found that the movants have not complied with all elements of Local Rule 83.2(a)(1), and the Court having been otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1. Defendant's Motion for *Pro Hac Vice* Admission **[R. 6; R. 7]** is **DENIED without prejudice.**

2. Jacob T. Merkel and Joseph A. Nilan is granted leave to renew their Motion for Admission *Pro Hac Vice* which conforms to the local rules and may do so without paying the filing fee.

This the 18th day of August, 2021.

                                              *Claria Horn Boom*
                                              CLARIA HORN BOOM,
                                              UNITED STATES DISTRICT COURT JUDGE
                                              EASTERN AND WESTERN DISTRICTS OF
                                              KENTUCKY