UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| MEMBERS HERITAGE CREDIT UNION ) | Case No. 5:21-cv-00207-CHB | |
| ) | **ELECTRONICALLY FILED** | |
| PLAINTIFF ) | | |
| ) | | |
| vs. ) | | |
| ) | Removed from: | |
| NEW YORK MARINE & GENERAL ) | Fayette Circuit Court | |
| INSURANCE COMPANY, PROSIGHT ) | Case No. 21-CI-01743 | |
| SPECIALTY MANAGEMENT CO., INC., ) | | |
| AND PROSIGHT SPECIALTY INSURANCE ) | | |
| COMPANY, ) | | |
| ) | | |
| DEFENDANTS ) | | |

## MOTION FOR PRO HAC VICE ADMISSION OF JACOB T. MERKEL

Gene F. Zipperle, Jr., of Ward, Hocker & Thornton, PLLC, local counsel of record for Defendants, New York Marine and General Insurance Company, ProSight Specialty Management Co., Inc., and ProSight Specialty Insurance Company (collectively, "Defendants"), hereby moves for attorney Jacob T. Merkel of Gregerson, Rosow, Johnson & Nilan, Ltd. at 100 Washington Avenue South, Suite 1550, in Minneapolis, Minnesota, 55401, to be admitted pro hac vice. Mr. Merkel's contact information is the following: 612-338-0755 (office phone); 612-349-6718 (fax); and jmerkel@grjn.com.

In support of this motion, and as set forth in the attached Affidavit of Jacob T. Merkel, admission pro hac vice is appropriate because (i) Mr. Merkel is a member in good standing of the Bar of Minnesota, where he resides, as well as the Bar of Massachusetts; (ii) he has never been the subject of disciplinary action in any jurisdiction; (iii) he agrees to be bound by the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct; (iv) he has completed online training regarding the Court's electronic filing system; (iv) the requisite

fees are submitted herewith; and (iv) Defendants have retained the undersigned member of this Bar to serve as local counsel in this matter. Also attached is a certificate of good standing issued by the Minnesota Supreme Court.

WHEREFORE, Gene F. Zipperle, Jr. of the law firm of Ward, Hocker & Thornton, PLLC moves this Court to admit Mr. Merkel, as counsel pro hac vice, and enter the attached Order.

Respectfully submitted,

By: */s/ Gene F. Zipperle, Jr.*
GENE F. ZIPPERLE, JR.
WARD, HOCKER & THORNTON, PLLC
9300 Shelbyville Road, Suite 700
Louisville, Kentucky 40222
Telephone: (502) 583-7012
Facsimile: (502) 583-7018
GZipperle@whtlaw.com
*Counsel for Defendants New York Marine & General Insurance Company, and ProSight Specialty Management Co., Inc., and ProSight Specialty Insurance Company*

In association with:

JOSEPH A. NILAN, MN #121277
JACOB T. MERKEL, MN #0397211
GREGERSON, ROSOW, JOHNSON & NILAN, LTD.
100 Washington Avenue South, Suite 1550
Minneapolis, MN 55401
Telephone: (612) 338-0755
Facsimile: (612) 349-6718
jnilan@grjn.com
jmerkel@grjn.com
*Motions for admission pro hac vice pending*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of August, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System, and the foregoing document was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in the case by electronic mail including:

R. Craig Reinhardt
Daniel C. Mack
449 Lewis Hargett Circle, Suite 210
Lexington, KY 40503
(859) 277-7100
creinhardt@reinhardtlaw.com
*Counsel for Plaintiffs Members*
*Heritage Credit Union*

                                                  */s/ Gene F. Zipperle, Jr.*
                                                  *Counsel for Defendants New York Marine and*
                                                  *General Insurance Company, ProSight Specialty*
                                                  *Management Co., Inc., and ProSight Specialty*
                                                  *Insurance Company*