UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| MEMBERS HERITAGE CREDIT UNION, | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5:21-CV-207-CHB |
| v. | ) ) | |
| | ) | **ORDER GRANTING LEAVE TO** |
| NEW YORK MARINE & GENERAL INSURANCE COMPANY, et al., | ) ) ) | **APPEAR *PRO HAC VICE*** |
| Defendants. | ) ) | |

*** *** *** ***

This matter is before the Court on the Motions for *Pro Hac Vice* Admission filed by Defendants New York Marine & General Insurance Company, Prosight Specialty Insurance Company, Prosight Specialty Management Co., Inc., [R. 11; R. 12]. The Court, having reviewed the Motions and the attachments as required by Local Civil Rule 83.2, having found that the movant has complied with all elements of Local Civil Rule 83.2, and the Court having been otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1.    The Motions for *Pro Hac Vice* Admission [**R. 11; R. 12**] are **GRANTED.**

2.    Jacob T. Merkel and Joseph A. Nilan are granted leave to appear *pro hac vice* for the defendants in this action.

3.    If during the pendency of this action, Jacob T. Merkel and Joseph A. Nilan are disbarred, suspended from practice, are not in good standing with the Bar to which they are a member, or are subject to any other disciplinary action by any court, state, territory or the

District of Columbia, they must immediately notify the Court and provide information necessary for the Court to evaluate whether continued admission in this case is appropriate.

This the 26th day of August, 2021.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY