UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| MEMBERS HERITAGE CREDIT UNION, INC. | ) | Case No.: 5:21-cv-00207-CHB |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NEW YORK MARINE & GENERAL | ) | |
| INSURANCE COMPANY, PROSIGHT | ) | |
| SPECIALTY MANAGEMENT CO., INC., | ) | |
| AND PROSIGHT SPECIALITY INSURANCE | ) | |
| COMPANY | ) | |
| | ) | |
| DEFENDANTS | ) | |

## NOTICE OF SERVICE

Notice is given that the Plaintiff, Members Heritage Credit Union, Inc., by counsel, pursuant to Rule 26 (a)(1), served its Initial Disclosures on this the 12th day of October, 2021.

Respectfully Submitted,

REINHARDT & ASSOCIATES, PLC

/s/ R. Craig Reinhardt
R. CRAIG REINHARDT
449 Lewis Hargett Circle, Suite 210
Lexington, KY 40503
(859) 277-7100
creinhardt@reinhardtlaw.com
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system. I further certify that I mailed the foregoing by first class mail to the following:

| | |
|---|---|
| Gene F. Zipperle, Jr., Esq.<br>Ward, Hocker & Thornton, PLLC<br>9300 Shelbyville Road, Suite 700<br>Louisville, KY 40222<br>ATTORNEY FOR DEFENDANTS | Joseph A. Nilan, Esq.<br>Jacob T. Merkel, Esq.<br>GREGERSON, ROSOW, JOHNSON &<br>NILAN, LTD.<br>100 Washington Avenue South, Suite 1550<br>Minneapolis, MN 55401<br>ATTORNEY FOR DEFENDANTS |

                                                     /s/ R. Craig Reinhardt
                                                     ATTORNEY FOR PLAINTIFF

H:\CRAIG\MHCU-NY Marine\Pleadings\Federal\NotServInitDisc.docx