UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| MEMBERS HERITAGE CREDIT UNION | ) | Case No. 5:21-cv-00207-CHB-MAS |
| | ) | **ELECTRONICALLY FILED** |
| PLAINTIFF | ) | |
| | ) | |
| vs. | ) | |
| | ) | Removed from: |
| NEW YORK MARINE & GENERAL | ) | Fayette Circuit Court |
| INSURANCE COMPANY, PROSIGHT | ) | Case No. 21-CI-01743 |
| SPECIALTY MANAGEMENT CO., INC., | ) | |
| AND PROSIGHT SPECIALTY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| DEFENDANTS | ) | |

## NOTICE OF SERVICE

Notice is given that Defendants, New York Marine & General Insurance Company, and ProSight Specialty Management Co., Inc., and ProSight Specialty Insurance Company, by counsel, pursuant to Rule 26(a)(1), served their Initial Disclosures on this the 15th day of December, 2021.

        Respectfully submitted,

        */s/ Gene F. Zipperle, Jr.*
        GENE F. ZIPPERLE, JR.
        WARD, HOCKER & THORNTON, PLLC
        9300 Shelbyville Road, Suite 700
        Louisville, Kentucky 40222
        (502) 583-7012
        (502) 583-7018 (Fax)
        GZipperle@whtlaw.com

In association with:

Joseph A. Nilan, MN #121277 *(pro hoc vice)*
Jacob T. Merkel, MN #0397211 *(pro hoc vice)*
GREGERSON, ROSOW, JOHNSON & NILAN, LTD.
100 Washington Avenue South, Suite 1550
Minneapolis, MN 55401
(612) 338-0755
jnilan@grjn.com
jmerkel@grjn.com
*Counsel for Defendants New York Marine & General Insurance Company, and ProSight Specialty Management Co., Inc., and ProSight Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System, and the foregoing document was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in the case by electronic mail including:

R. Craig Reinhardt
Daniel C. Mack
449 Lewis Hargett Circle, Suite 210
Lexington, KY 40503
(859) 277-7100
creinhardt@reinhardtlaw.com
*Counsel for Plaintiff*
*Members Heritage Credit Union*

    */s/ Gene F. Zipperle, Jr.*
*Counsel for Defendants New York Marine and General Insurance Company, ProSight Specialty Management Co., Inc., and ProSight Specialty Insurance Company*