UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| MEMBERS HERITAGE CREDIT UNION ) <br> ) <br> PLAINTIFF ) <br> ) <br> vs. ) <br> ) <br> NEW YORK MARINE & GENERAL ) <br> INSURANCE COMPANY, PROSIGHT ) <br> SPECIALTY MANAGEMENT CO., INC., ) <br> AND PROSIGHT SPECIALTY INSURANCE ) <br> COMPANY, ) <br> ) <br> DEFENDANTS ) | Case No. 5:21-cv-00207-CHB-MAS <br> **ELECTRONICALLY FILED** <br><br> Removed from: <br> Fayette Circuit Court <br> Case No. 21-CI-01743 |

## DEFENDANT NEW YORK MARINE AND GENERAL INSURANCE COMPANY & PROSIGHT SPECIALTY MANAGEMENT CO., INC.'S INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure and based upon the information reasonably available to it, defendants New York Marine and General Insurance Company and ProSight Specialty Management Co., Inc. ("Defendants") make the following initial disclosures. By making these disclosures, Defendants do not waive their right to object to the testimony of any witness or the production or use of any document, electronically stored information, or tangible thing on the basis of privilege, the work-product doctrine, relevancy, undue burden, materiality, or any other ground. Defendants reserve the right to supplement these disclosures in accordance with Rule 26(e). Discovery is ongoing.

**I.    Rule 26(a)(1)(A)(i): Individuals likely to have discoverable information that Defendants may use to support their claims or defenses**
Based upon the information reasonably available to Defendants, and subject to Defendants' rights to amend and supplement these disclosures in accordance with Rule 26(e), Defendants

1

disclose that the following individuals may have discoverable information that Defendants may use to support their claims or defenses:

> **Judy Edwards**
> **ProSight Specialty Insurance**
> **412 Mt. Kemble Avenue, Suite 300 C**
> **Morristown NJ  07960**

Judy Edwards ("Edwards") is a Senior Claims Specialist with ProSight Specialty Insurance. She has knowledge relating to Defendants' records and Defendants' communications with plaintiff Members Heritage Credit Union ("Plaintiff") and its representatives. Edwards may be contacted only through Defendants' counsel.

> **Patrick Ferry**
> **Members Heritage Credit Union**
> **440 Park Place**
> **Lexington, KY 40511**

Patrick Ferry ("Ferry") is Plaintiff's president. He has knowledge relating to Defendants' communications with Plaintiff and its representatives and relating to Plaintiff's efforts to settle a claim by Ted Brown.

> **Matthew R. Parsons**
> **Stoll Keenon Ogden PLLC**
> **300 West Vine Street, Suite 2100**
> **Lexington, KY 40507-1801**

Matthew R. Parsons ("Parsons") is or was counsel for Plaintiff. He has knowledge relating to Defendants' communications with Plaintiff and its representatives and relating to Plaintiff's efforts to settle a claim by Ted Brown.

Discovery is ongoing. Defendants reserve their rights to amend and supplement these initial disclosures in accordance with Rule 26(e).

**II.     Rule 26(a)(1)(A)(ii): Documents, electronically stored information, and tangible things that Defendants may use to support their claims and defenses.**

Based upon information currently available to Defendants, and subject to Defendants' rights to amend and supplement these disclosures in accordance with Rule 26(e), Defendants disclose that they may use the following documents, electronically stored information, or tangible things in their possession or control to support their claims or defenses in this action:

1. Management and Security Liability Policy, Policy No. PL201900002925, ("Policy") issued by defendant New York Marine and General Insurance Company, Bates stamped PS_0001 to PS_0061;

2. the demand letter dated May 28, 2020, from Daniel McNally, counsel for Ted Brown, to Parsons and Kyle Still ("Still"), counsel for Welcome Federal Credit Union ("Welcome"), Bates stamped PS_0062 to PS_0064;

3. a letter dated June 15, 2020, from Edwards to Ferry, Bates stamped PS_0065 to PS_0070;

4. a demand letter dated June 16, 2020, from Still to Parsons, Bates stamped PS_0071 to PS_0080;

5. a letter dated June 22, 2020, from Parsons to Still, Bates stamped PS_0081 to PS_0083;

6. a letter dated July 17, 2020, from Edwards to Ferry, Bates stamped PS_0084 to PS_0092;

7. Welcome's Complaint filed on October 19, 2020, in a civil action captioned *Welcome Federal Credit Union v. Members Heritage Credit Union and Johnny Earl Harrell*, court file no. 20-CVS-11735, in the Superior Court Division for Wake County, North Carolina; and

8. a letter dated November 16, 2020, from Edwards to Ferry, Bates stamped PS_0093 to PS_0102.

The documents listed above are located with Defendants and their representatives. Defendants reserve their rights to amend and supplement these initial disclosures in accordance with Rule 26(e).

**III.     Rule 26(a)(1)(A)(iii): Computation of Damages Claimed by Defendants**

Rule 26.01(a)(1)(A)(iii) is not applicable because Defendants have not brought any claim for damages in this case. Discovery is ongoing. Defendants reserve their rights to amend and supplement these initial disclosures in accordance with Rule 26(e).

**IV.     Rule 26(a)(1)(A)(iv): Insurance Agreements**

Defendants do not have a copy of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment. The Policy does not provide coverage for Welcome's Complaint, which underlies Plaintiff's Complaint for Declaratory Relief in this action.

Discovery is ongoing. Defendants reserve their rights to amend and supplement these initial disclosures in accordance with Rule 26(e).

Respectfully submitted,

*/s/ Gene F. Zipperle, Jr.*
GENE F. ZIPPERLE, JR.
WARD, HOCKER & THORNTON, PLLC
9300 Shelbyville Road, Suite 700
Louisville, Kentucky 40222
(502) 583-7012
(502) 583-7018 (Fax)
GZipperle@whtlaw.com

In association with:

Joseph A. Nilan, MN #121277 *(pro hoc vice)*
Jacob T. Merkel, MN #0397211 *(pro hoc vice)*
GREGERSON, ROSOW, JOHNSON & NILAN, LTD.
100 Washington Avenue South, Suite 1550
Minneapolis, MN 55401
(612) 338-0755
jnilan@grjn.com
jmerkel@grjn.com
*Counsel for Defendants New York Marine & General Insurance Company, and ProSight Specialty Management Co., Inc., and ProSight Specialty Insurance Company*

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of December, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System, and the foregoing document was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in the case by electronic mail including:

R. Craig Reinhardt
Daniel C. Mack
449 Lewis Hargett Circle, Suite 210
Lexington, KY 40503
(859) 277-7100
creinhardt@reinhardtlaw.com
*Counsel for Plaintiff*
*Members Heritage Credit Union*

                                                */s/ Gene F. Zipperle, Jr.*
                                                *Counsel for Defendants New York Marine and*
                                                *General Insurance Company, ProSight Specialty*
                                                *Management Co., Inc., and ProSight Specialty*
                                                *Insurance Company*