UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| MEMBERS HERITAGE CREDIT UNION, INC. | ) | Case No.: 5:21-cv-00207-CHB |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NEW YORK MARINE & GENERAL INSURANCE COMPANY, PROSIGHT SPECIALTY MANAGEMENT CO., INC., AND PROSIGHT SPECIALITY INSURANCE COMPANY | ) | |
| | ) | |
| DEFENDANTS | ) | |

## NOTICE OF SERVICE

Notice is given that the Plaintiff, Members Heritage Credit Union, Inc., by counsel, served Interrogatories and Requests for Production of Documents upon the Defendants, to be answered within thirty days of service on this the 17th day of December, 2021.

Respectfully Submitted,

REINHARDT & ASSOCIATES, PLC

/s/ R. Craig Reinhardt
R. CRAIG REINHARDT
449 Lewis Hargett Circle, Suite 210
Lexington, KY 40503
(859)277-7100
creinhardt@reinhardtlaw.com
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 17, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.  I further certify that I mailed the foregoing documents and the notice of electronic filing by first class mail, to the following non-CM/ECF participants:

| | |
|---|---|
| Gene F. Zipperle, Jr., Esq. | Joseph A. Nilan, Esq. |
| Ward, Hocker & Thornton, PLLC | Jacob T. Merkel, Esq. |
| 9300 Shelbyville Road, Suite 700 | 100 Washington Avenue South, Suite 1550 |
| Louisville, KY 40222 | Minneapolis, MN 55401 |
| ATTORNEY FOR DEFENDANTS | ATTORNEY FOR DEFENDANTS |

                                                        /s/ R. Craig Reinhardt
                                                        ATTORNEY FOR PLAINTIFF

H:\CRAIG\MHCU-NY Marine\Pleadings\Federal\NotServ.docx