## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

| | |
|---|---|
| **MEMBERS HERITAGE CREDIT UNION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | No. 5:21-CV-207-CHB-MAS |
| **NEW YORK MARINE & GENERAL** ) | |
| **INSURANCE COMPANY, et al.,** ) | **ORDER** |
| ) | |
| **Defendants.** ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Judge Boom referred this case to the undersigned for resolution of non-dispositive (and non-evidentiary) pretrial motions, discovery and schedule management, a mid-discovery telephonic conference, and a settlement conference, if and as warranted. [DE 15]. The Court **SCHEDULES** a telephonic status conference, to discuss discovery progress, for **February 15, 2022, at 11:30 a.m.** The call will be off the record and for counsel only.

To participate in the call, counsel must call (877) 336-1828. Parties should contact the chambers for the undersigned forty-eight hours prior to the conference call to obtain the required access code. Parties must call into the conference and be ready to proceed five minutes prior to the designated time.

Entered this 13th day of January, 2022.



Signed By:
Matthew A. Stinnett   MAS
United States Magistrate Judge